JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. RECTOR,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 THROUGH 10,<br><br>        Defendants. | Case No. 2:19-cv-09829-PA-E<br><br>Hon. Percy Anderson<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |

    Plaintiff Anthony W. Rector and Defendants Equifax Information Services LLC, Trans Union LLC, and Experian Information Solutions, Inc. have announced to the Court that all matters in controversy against each Defendant have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Anthony W. Rector against Defendant Equifax Information Services LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

    IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Anthony W. Rector against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

3901510.1

1

1     IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Anthony W. Rector against Defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

    DATED this 10th day of August 2020.

                                                   Percy Anderson
                                            United States District Judge